IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MOHAMMED MAHRAN, ) | |
| ) | Case No. 1:21-cv-06325 |
| Plaintiff, ) | |
| ) | Honorable Mary M. Rowland |
| vs. ) | |
| ) | |
| COUNTY OF COOK, ILLINOIS ) | |
| ) | |
| Defendant/Judgment Debtor ) | |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Esbrook P.C. attorneys Michael Kozlowski, Jennifer M. Hanna, and Saphe-Allah Ahmad Falaneh ("Esbrook Attorneys"), pursuant to Local Rule 83.17, respectfully request that this Court grant them leave to withdraw as counsel of record for Plaintiff Mohammed Mahran ("Mr. Mahran"), and in support thereof, state as follows.

1. Esbrook Attorneys are currently counsel of record for Mr. Mahran.

2. Per Local Rule 83.17, attached hereto as Exhibit A is the Notification of Party Contact Information.

3. After substituting as counsel of record for Mr. Mahran's prior counsel, Matthew Custardo, Esbrook Attorneys have engaged in substantial factual investigation concerning the claims, written discovery, and defended Mr. Mahran at his deposition, which spanned two days.

4. After significant fact investigation and discovery to date, Esbrook Attorneys determined that good cause exists to withdraw from representing Mr. Mahran in this matter pursuant to ABA Model Rule 1.16, which has been adopted by the Northern District of Illinois. *See* L.R. 83.50 (adopting the Model Rules of American Bar Association).

5. Specifically, Model Rule 1.16(b)(1), (b)(4), (b)(6), and (b)(7) each provide a basis

for withdrawal.

6. Esbrook Attorneys and Mr. Mahran have a fundamental disagreement concerning the claims asserted by Mr. Mahran in this action and requiring Esbrook Attorneys to continue to represent Mr. Mahran would impose an undue financial burden, especially given the contingent nature of the parties' fee agreement and that withdrawal can be accomplished without undue prejudice as discovery is still ongoing.[1]

7. Moreover, now having the benefit of significant fact investigation, written discovery and Mr. Mahran's deposition testimony, Esbrook Attorneys cannot continue to represent Mr. Mahran in furtherance of his claims in this action while also complying with their duties under Federal Rule of Civil Procedure 11.

8. Accordingly, good cause exists to permit Esbrook Attorneys to withdraw from representing Mr. Mahran in this action.

WHEREFORE, for the foregoing reasons, the Esbrook Attorneys respectfully request that this Court grant their Motion for Leave to Withdraw as counsel of record for Plaintiff Mohammad Mahran, enter an order withdrawing their appearances in this matter, and grant all other appropriate relief.

Dated: October 16, 2024

Respectfully submitted,

*Michael Kozlowski*

Michael Kozlowski (ARDC #6320950)
**Esbrook P.C.**
321 N. Clark Street, Suite 1930
Chicago, Illinois 60654
T: (312) 319-7682
michael.kozlowski@esbrook.com

---

[1] Fact discovery is set to close on December 18, 2024. *See* ECF 71.

2