BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
10/21/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MOHAMMED MAHRAN<br>Plaintiff<br><br>v.<br><br>COUNTY OF COOK, ILLINOIS<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case Number:** 1:21-cv-06325<br><br>**Judge:** Mary M. Rowland<br><br>**Magistrate Judge:** |

MOTION TO OBJECT TO ATTORNEY'S WITHDRAWAL

Plaintiff, Mohammed Mahran, respectfully submits this Motion to Object to the Withdrawal of his attorneys, Michael Kozlowski, Jennifer M. Hanna, and Saphe-Allah Ahmad Falaneh of Esbrook P.C. ("Esbrook Attorneys"), and states as follows:

1. Background: Plaintiff is currently represented by the Esbrook Attorneys in the matter of Mahran v. Cook County, Illinois, Case No. 1:21-cv-06325, which is in the discovery phase before this Court.
2. Attorney's Intent to Withdraw: On October 16, 2024, the Esbrook Attorneys informed Plaintiff of their intent to withdraw from the case due to personal reasons.
3. Prejudice to Plaintiff: The withdrawal of counsel at this critical stage of the proceedings would severely prejudice the Plaintiff's case. Plaintiff is currently unemployed and without income, making it extremely difficult to secure new representation promptly.
4. Efforts to Secure New Counsel: Plaintiff has made efforts to find new counsel but has been unable to do so on such short notice given the complexity of the case and financial constraints.
5. Continuity and Fairness: Allowing the Esbrook Attorneys to withdraw now would disrupt the continuity of the case, potentially delaying proceedings and affecting the fairness of the trial. The Esbrook Attorneys have invested substantial time and resources in the case, which a new attorney would need considerable time to replicate.
6. Request for Court Intervention: Plaintiff respectfully requests that the Court deny the Esbrook Attorneys' motion to withdraw or, in the alternative, grant a sufficient continuance to allow Plaintiff adequate time to secure new legal representation without compromising the case.

WHEREFORE, Plaintiff, Mohammed Mahran, respectfully requests that this Honorable Court deny the motion of the Esbrook Attorneys to withdraw as Plaintiff's counsel, or alternatively, grant a continuance to allow Plaintiff time to secure new representation, and for such other and further relief as this Court deems just and proper.

Dated: October 21, 2024
Respectfully submitted,

mohammed mahran

Mohammed Mahran
23423 Highway 59 N APT 3204

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]